**FEE PAID**

FILED

# UNITED STATES DISTRICT COURT

for the

2023 APR -5 PM 3: 55

## CENTRAL DISTRICT OF CALIFORNIA

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**rsm**

On and for all Public and Private records,
for all courts, and for the Equitable House of Voorhies

**Document Created By /**
**Record Returned to:**
c/o non-post location
La'Keisha-Michelle: Voorhies
c/o [453] S Spring St. Ste. 400
Los Angeles, California near [90013]

*Case No.:* **2:23-MC-00043-UA**

In the Matter of;
LAKEISHA MICHELLE VOORHIES
LAKEISHA MICHELLE HOOD,
LAKEISHA M VOORHIES, LAKEISHA M HOOD,
VOORHIES, LAKEISHA MICHELLE, HOOD,
LAKEISHA MICHELLE,
L VOORHIES, L HOOD,
LAKEISHAVOORHIESLAKEISHAVOORHIES
And all other derivations thereof by sole
lawfully appointed, absolute, general,
instituted, rightful Executor of the same.

RE 045 094 509 US

<u>**MISCELLANEOUS FILING**</u>

<u>**NOTICE OF TESTIMENTS**</u>

Case No.: For all cases, causes, and hearings
regarding LAKEISHA MICHELLE VOORHIES
LAKEISHA MICHELLE HOOD,
LAKEISHA M VOORHIES, LAKEISHA M HOOD,
VOORHIES, LAKEISHA MICHELLE, HOOD,
LAKEISHA MICHELLE,
L VOORHIES, L HOOD,
LAKEISHAVOORHIESLAKEISHAVOORHIES
and all other derivative names, *idem sonans*, and
spellings thereof.

---

*Declaration for Notice of Testiment to LIFE under my Creator GOD : to Et'al:*

*In the Matter of Entity: LAKEISHA MICHELLE VOORHIES and or any of my beneficiaries and Off-Spring.*

*2 Corinthians 2:16 To the one we are savour of death unto death; and to the other the savour of life unto life. And who is sufficient for these things? [KJV]*

*Equity Acts in Personam or Persons*

*I La'Keisha Michelle of the family Voorhies; Surety, Secured Party, Subrogee, Beneficiary, Authorized Representative, Attorney In Fact; Sole-Shareholder as well as CEO of the (Legal Person ) Ens Legis LAKEISHA MICHELLE VOORHIES; A Self-Aware living breathing Women created under Almighty GOD, on and for the Official Public Record declare and make the Ultimate and Un-Rebuttable Declaration that I hereby, hereinafter, from this day forward and forever saith and I believe there is no evidence to the contrary and that none exist.*



4/4/23

By: La'Keisha- Michelle; Voorhies;
Subrogee; Attorney In Fact, A Living
Women



RE 045 004 500 US

NOTICE OF TESTIMENTS

By: Voorhies: La'Keisha-Michelle: Subrogee

TO: Department of State
Social Security Administration
Department of Agriculture
Department of Homeland Security
Post-Master

I: Voorhies: La'Keisha-Michelle: give thee
private service on these private and
public testiments. For the knowledge
of the truth is to give notice of the ~~LIE~~.

For I; Voorhies: La'Keisha-Michelle: have
Life and with the knowledge of My creator
choose to be free under my creator. GOD

For I; Voorhies: La'Keisha-Michelle: have
Knowledge of the artificiel NAME and PERSON
LAKEISHA MICHELLE VOORHIES and choose the
Truth of the Planet Earth.

All RIGHTS Reserved
without Prejudice

By: Voorhies: La'Keisha-Michel
copyright copy-claim Subrogee
for the Represented Person
2023:33:3
A Living Breathing Women on the Land

Page 1 of 4



ISAIAH 8:16

BIND UP the testimony, SEAL the LAW among my DISCIPLES.

BETWEEN EQUAL EQUITIES The First in Order of TIME Shall Prevail.

10c



RE 045 004 500 US

2023 : 33 : 3
year Day Hour

Endorsement of Owner by: Voorhies:
La'Keisha - Michelle: -

Testiment of : Voorhies: La'Keisha - Michelle: -
                                            subrogee

I: Voorhies: La'Keisha - Michelle: claim feet
and hands.

I: Voorhies: La'Keisha - Michelle: have the soul
of a woman and soul of feet and hands
under my Creator.

I: Voorhies: La'Keisha - Michelle: claim
2 Quity I create with the energy with
my hands and feet.

I: Voorhies: La'Keisha - Michelle: claim
copy-right and - copy - claim on my prints
of hands and feet.

I: Voorhies: La'Keisha - Michelle: claim my feet
and hands are on the Plant - earth - land - terr.

I: Voorhies: La'Keisha - Michelle: claim to be
under the laws of my creator.

All rights reserved
without prejudice    2023 : 33 :

Autograph By: Voorhies: La'Keisha -
Michelle: subrogee
copyright   copy-claim
A Living breathing women on the land

Page 2 of 4



Year Day Hour

RE 045 004 500 US

Owner Claim of Feet
By: Voorhies: La'Keisha-Michelle: Subrogee

2 chronicles 1:11
And GOD said to Solomon
Because this was in thine
heart, and thou hast not
asked riches, wealth,
or honour, nor the
life of thine enemies
neither yet hast asked
long life; but hast asked
wisdom and knowledge
for thyself, that thou
Mayest judge my
people, over whom
I have made
Thee King:
(KJV)

EQUITY WILL NOT
ALLOW A TRUST
TO FAIL FOR
WANT OF A
TRUSTEE

:Galaxy :Solar System:
:Earth: :North-America:
:California:

Witness By: Adam Murphy
:2023:33:3
Witness By: B-R
:2023:33:3
Witness By:
:2023:33:3
Witness By: Roz
:2023:33:3

Page 3 of 4



RE 045 004 500 US

2023: 33:3
YEAR   DAY  Hour

Owner claim of Hand
By: Voorhies: LaKeisha - Michelle: Subrogee

1 John 1:2 For the life was manifested, and we have seen it, and bear witness, and shew unto you that eternal life, which was with the Father, and was manifested unto us"; (KJV)

: Galaxy: Solar System:
: Earth: North-America:
: California:

ORIGINAL COPY

EQUITY DELIGHTS IN EQUITY

Witness By: B-V...
2023: 33:3
Witness By:
2023: 33:3
Witness By: Roz V...
2023: 33:3
Witness By: Helmi M...

Page 4 of 4

JOB 3:16

Or as an hidden untimely birth
I had not been; as Infants
which never saw light.

EQUITY Regards the Beneficiary
AS the TRUE OWNER 😍

10c

By:La...


# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF _Los Angeles_ }

Subscribed and sworn to (or affirmed) before me on this ___4th___ day of ___April___ , __2023__
                                                        *Date*              *Month*            *Year*

by __Lakeisha Michelle Voorhies__ _____

_____

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

*Signature of Notary Public*

JONATHAN ICHINO
COMM #2383156
NOTARY PUBLIC  CALIFORNIA
LOS ANGELES COUNTY
My Comm Expires Nov 15 2025

*Seal*
*Place Notary Seal Above*

-------------------------------------------------- **OPTIONAL** --------------------------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document:___Notice of Testaments___

Document Date:_____

Number of Pages:__5__

Signer(s) Other Than Named Above:_____



## LOS ANGELES COUNTY
## REGISTRAR-RECORDER/COUNTY CLERK

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA        )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **JONATHAN  ICHINO** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

___**05th**___ day of ___**April**___ , 2023

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

TODD TRAN, Deputy County Clerk

BRF03-3/3/2009